UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
December 13, 2011

No. **11-1250 & 11-1590**

MARS HOME FOR YOUTH,
                                   Petitioner/Cross Respondent
                        v.

NATIONAL LABOR RELATIONS BOARD,
                                   Respondent/Cross Petitioner

THE PENNSYLVANIA SOCIAL SERVICES UNION, LOCAL 668 OF
THE SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO,
                        Intervenor

(NLRB-1: 6CA-37135)

Present:  MCKEE, Chief Judge, FUENTES and GREENBERG, Circuit Judges.

Motion by Respondent/Cross Petitioner, National Labor Relations Board, to
Publish an Unreported Decision.

                                   Respectfully,
                                   Maria L. Reyes, Case Manager

_____ORDER_____

The foregoing motion is granted.

                        By the Court,

                        /s/  Julio M. Fuentes
                        Circuit Judge

Dated: January 19, 2012

cc:  Ronald J. Andrykovitch, Esq.
       Ruth E. Burdick, Esq.

Chairman Linda Dreeben, Esq.
MacKenzie Fillow, Esq.
Amy H. Ginn, Esq.
Jill A. Griffin, Esq.
Jessi D. Herman, Esq.
Usha Dheenan, Esq.
Claudia Davidson, Esq